UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH STEWART (#98926)

VERSUS

MAJOR FRANKLIN, ET AL

CIVIL ACTION

NO. 07-566-BAJ-DLD

## RULING

This matter is before the Court on an appeal of the ruling of the Magistrate Judge dated April 12, 2011 (doc. 96).

In reviewing the ruling in question, the Court must determine whether the ruling is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A). Having reviewed the ruling at issue, the Court finds it is neither clearly erroneous nor contrary to law.[1] Accordingly, **IT IS ORDERED** that the ruling of the Magistrate Judge, dated April 12, 2011, is hereby **AFFIRMED**.

Baton Rouge, Louisiana, April 26, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Though plaintiff argues that the Magistrate Judge erred in concluding that Civil Action No. 07-800-RET-SCR was dismissed, the record of that matter demonstrates that, on November 30, 2007, the complaint was "dismissed without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 42 U.S.C. § 1997e" (07-800-RET-SCR, doc. 7).